UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | **CV 14-3482 PSG**<br>CV 14-3497 PSG<br>CV 14-3492 PSG<br>CV 14-3496 PSG<br>CV 14-3499 PSG<br>CV 14-3511 PSG<br>CV 14-3500 PSG<br>CV 14-3501 PSG<br>CV 14-3502 PSG<br>CV 14-3504 PSG | Date | June 5, 2014 |
|---|---|---|---|
| Title | *In re: Capitol Films LLC*<br>*In re: Capitol Films LLC*<br>*In re: CT-1 Holdings, LLC*<br>*In re: CT-1 Holdings, LLC*<br>*In re: Thinkfilm, LLC*<br>*In re: Thinkfilm, LLC*<br>*In re: Capco Group, LLC*<br>*In re: Capco Group, LLC*<br>*In re: R2D2, LLC*<br>*In re: R2D2, LLC* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Carla Badirian | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings:**   **(In Chambers) Order to Show Cause re: Consolidation**

IT IS HEREBY ORDERED that counsel show cause in writing on or before June 20, 2014, why the above-captioned matters should not be consolidated under *In re: Capitol Films, LLC*, No. CV 14-3482 PSG (the low numbered case). Counsel are advised that failure to respond to this Order to Show Cause by **June 20, 2014** may result in the consolidation of the above-captioned appeals. **IT IS SO ORDERED**.